HOUSTON v. DARNELL LUMBER CO.

(Court of Civil Appeals of Texas. March 16, 1911.)

APPEAL AND ERROR (§ 408*)—CITATION—SERVICE ON ATTORNEY.

Under Rev. St. 1895, art. 1398, providing that, if it appears on a return of the citation for defendant in error that he cannot be found in the county of his residence, the alias citation shall direct the summoning of such defendant by making service on his attorney of record, the return of the citation showing service on the attorney of record was insufficient, where no reason was given for not serving defendant in error.

[Ed. Note.—For other cases, see Appeal and Error, Dec. Dig. § 408.*]

Error from District Court, Tarrant County; R. H. Buck, Judge.

Action by Otho S. Houston against the Darnell Lumber Company. From a judgment for defendant, plaintiff brings error. Dismissed.

---

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key No. Series & Rep'r Indexes

Sidney L. Samuels, for plaintiff in error. J. A. Templeton, for defendant in error.

LEVY, J. This is a motion made by the defendant in error to dismiss the writ of error in this cause. The only ground therein we think that is availing is that the return on the citation in the record was not sufficient, under article 1398, Rev. St., to lay the basis for service upon the attorney of record. There was no service upon the defendant in error, nor any reason shown why there was none. The case of Vineyard v. McCombs, 100 Tex. 318, 99 S. W. 544, rules this motion, and the case is stricken from the docket of this court.